UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| George Corell, Aaron Hagler, and Larry Matrango, ) ) | CA No. 8:02-3415-HMH |
| Plaintiffs, ) ) ) | **OPINION & ORDER** |
| vs. ) ) | |
| The Funding Solutions, Inc., and Corey Burns, ) ) ) | |
| Defendants. ) | |

This matter is before the court as the result of the court's May 24, 2005, grant of James Walsh's motion to withdraw as counsel for The Funding Solutions, Inc. ("TFS") and Corey Burns ("Burns") in the instant action. On June 21, 2005, the court held a bar meeting, which TFS failed to attend. TFS has not notified the court that it has retained substitute counsel in this matter. It is well established that a corporation is an artificial entity that cannot appear pro se and must be represented by counsel in court. Commercial & R.R. Bank of Vicksburg v. Slocomb, 39 U.S. 60, 65 (1840) overruled on other grounds by Louisville, Cincinnati & Charleston R.R. Co. v. Letson, 43 U.S. 497, 556 (1844). As indicated at the bar meeting, the court will draw a jury for this case on July 6, 2005. TFS is required to be present at the jury selection with an attorney. Failure to do so may result in a default judgment being entered against TFS.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 29, 2005